# EXHIBIT A

**EXHIBIT A**

UNITAD DOC

*UNITAD_2_USAODC-0000001—Untranslated Sample*

| الأشهر | الملاحظات | حالة ال | الصن | وان/القاط | جموع ال | | | | | الموالي | الرقم الاحصائ | الكنية | اللقب | ابو الج | الج | الاد | الاسم | الاسم الرباعي واللقب | التسل | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| رمضان | | فرقة أبي المعتز طارق بن زياد | 165 | 30 | 0 | 0 | 1 | 1 | ######### | | ابو سياف الماليزي 1200015656 | واندي | طه | عيسى | جدي | محمد | محمد جدي عيسى طه واندي | 23961 | 94543 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 80 | 30 | 0 | 0 | 0 | | ######### | | ابو عبد الله السويد 1200015679 | رشيد | رشيد | رمضان | طاهر | محمد | محمد طاهر رمضان رشيد رشيد | 23962 | 94544 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 130 | 30 | 0 | 0 | 0 | 1 | 3/1/1992 | | ابو الودود الفرنسي 1200015685 | دشونت - | كلوود | بيير | ألاكسي | ألاكسي بيير كلوود - دشونت | 23963 | 94545 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 250 | 30 | 0 | 0 | 2 | 2 | ######### | | ابو مجاهد الفرنسي 1200015659 | دريلي | أديم | هشام | أديم | هشام | هشام أديم هشام أديم دريلي | 23964 | 94546 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 235 | 30 | 0 | 0 | 3 | 1 | ######### | | ابو عبد الله العامري 1200015680 | جيت | علي | محمد | عامري | سيف العز | سيف العز عامري محمد علي جيت | 23965 | 94547 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 80 | 30 | 0 | 0 | 0 | | 6/1/1985 | | ابو أمينة الهولندي 1200015716 | باوري | عمر | محمد | ميمون | ميمون محمد محمد عمر محمد باوري | 23966 | 94548 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 165 | 30 | 0 | 0 | 1 | 1 | ######### | | ابو سلمان الهندي 1200015654 | شجاع | محمد | انور | شفيق | شعيب | شعيب شفيق انور محمد شجاع | 23967 | 94549 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 130 | 30 | 0 | 0 | 0 | 1 | 1/1/1990 | | ابو ساجدة التونسي 1200015674 | بيوض | محمد | فتحي | انور | محمد | محمد انور فتحي محمد بيوض | 23968 | 94550 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 200 | 30 | 0 | 0 | 2 | 1 | 2/7/1976 | | ابو سليمان الكوسو 1200017442 | سليماني | يشلا | ايوب | رييف | لبغيم | لبغيم رييف ايوب يشلا سليماني | 23969 | 94551 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 80 | 30 | 0 | 0 | 0 | | 2/2/1995 | | ابو عبد الله الخرس 1200015724 | افغاني | غلام الله | انارفل | اشرف | محمد | محمد اشرف انارفل غلام الله افغاني | 23970 | 94552 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 80 | 30 | 0 | 0 | 0 | | 8/4/1995 | | ابو رشاد التونسي 1200015718 | شعبان | حسين | حسين | حبيب | رشاد | رشاد حبيب حسين حسين شعبان | 23971 | 94553 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 80 | 30 | 0 | 0 | 0 | | ######### | | جراح اللبناني 1200015735 | الابرش | محمد | مصطفى | عبد الحي | علي | علي عبد الحي مصطفى محمد الابرش علي | 23972 | 94554 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 80 | 30 | 0 | 0 | 0 | | ######### | | زكريا المغربي 1200015708 | جبور | محمد | محمد | محمد | زكريا | زكريا محمد محمد محمد جبور | 23973 | 94555 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 130 | 30 | 0 | 0 | 0 | 1 | ######### | | ابو عابد الحسيني ا 1200017449 | ندا | السيد | فتحي | عبد العزيز | عبد الله | عبد الله عبد العزيز فتحي السيد ندا | 23974 | 94556 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 80 | 30 | 0 | 0 | 0 | | ######### | | ابو عبد الرحمن الم 1200015697 | موزال | كريم | احمد | رييز | زوهان | زوهان رييز احمد كريم موزال | 23975 | 94557 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 80 | 30 | 0 | 0 | 0 | | ######### | | ابو مالك الانصاري 1200016164 | يوشن | بلال | ذنون | ياسين | عبد الله | عبد الله ياسين ذنون بلال يوشن | 23976 | 94558 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 80 | 30 | 0 | 0 | 0 | | ######### | | ابو يحيى الهولندي 1200015732 | العوقلي | سالم | تامر | محمد | علي | علي محمد تامر سالم العوقلي | 23977 | 94559 |
| رمضان | | فرقة أبي المعتز طارق بن زياد | 80 | 30 | 0 | 0 | 0 | | 1/1/1987 | | ابو علي المقدسي 1200015725 | المقدسي | عبدالله، | عبدالله، | عبدالله، | عبدالله، | عبدالله، عبدالله، عبدالله، عبدالله، الـ | 23978 | 94560 |

*UNITAD_2_USAODC-0000001—Translated Sample*

| Category | fice/Sector/Division | nsorship total | od | IQl | vanc | ents | dren | es | ndays | istical number | Nickname | rname | grand-fathe | nd-father | Father | Name | Full name and surname | quence | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| طارق بن زيد | فرقة أبي المعتز الفرشي | 165 | 30 | 0 | 0 | | 1 | 1 | 11/16/1990 | 1200015656 | ابو سياف الماليزي | واندي | طه | عيسى | جدي | محمد | محمد جدي عيسى طه واندي | 23961 | 94543 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 80 | 30 | 0 | 0 | 0 | | | 4/10/1991 | 1200015679 | ابو عبد الله السويدي | رشيد | رشيد | رمضان | طاهر | محمد | محمد طاهر رمضان رشيد رشيد | 23962 | 94544 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 130 | 30 | 0 | 0 | 0 | | 1 | 3/1/1992 | 1200015685 | ابو الودود الفرنسي | - دشونت | كلوود | بيير | ألاكسي | ألاكسي بيير كلوود - دشونت | 23963 | 94545 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 250 | 30 | 0 | 0 | 2 | | 2 | 6/16/1986 | 1200015659 | ابو مجاهد الفرنسي | دريلي | أديم | هشام | أديم | هشام | هشام أديم هشام أديم دريلي | 23964 | 94546 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 235 | 30 | 0 | 0 | 3 | | 1 | 6/14/1980 | 1200015680 | ابو عبد الله العامري | جيت | علي | محمد | عامري | سيف العز | سيف العز عامري محمد علي جيت | 23965 | 94547 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 80 | 30 | 0 | 0 | 0 | | | 6/1/1985 | 1200015716 | ابو أمينة الهولندي | باوري | عمر | محمد | ميمون | ميمون محمد محمد عمر محمد باوري | 23966 | 94548 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 165 | 30 | 0 | 0 | 1 | | 1 | 5/16/1984 | 1200015654 | ابو سلمان الهندي | شجاع | محمد | انور | شفيق | شعيب | شعيب شفيق انور محمد شجاع | 23967 | 94549 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 130 | 30 | 0 | 0 | 0 | | 1 | 1/1/1990 | 1200015674 | ابو ساجدة التونسي | بيوض | محمد | فتحي | انور | محمد | محمد انور فتحي محمد بيوض | 23968 | 94550 |
| **Tariq Bin-Ziya** | **Abi-al-Mu'taz al-Quras** | **200** | **30** | **0** | **0** | **2** | | **1** | **7/2/1976** | **1200017442** | **Abu-Sulayman al-Kos** | **Sulaymani Yashla** | | **Ayub** | | | **Rayif (Rayiv, Re Layghim (Lighim, L Layghim, (Lighim, Layghaym, Laygheem)** | **23969** | 94551 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 80 | 30 | 0 | 0 | 0 | | | 2/2/1995 | 1200015724 | ابو عبد الله الخرساني | افغاني | غلام الله | انارفل | اشرف | محمد | محمد اشرف انارفل غلام الله افغاني | 23970 | 94552 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 80 | 30 | 0 | 0 | 0 | | | 8/4/1995 | 1200015718 | ابو رشاد التونسي | شعبان | حسين | حسين | حبيب | رشاد | رشاد عبد الحي حسين حسين شعبان | 23971 | 94553 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 80 | 30 | 0 | 0 | 0 | | | 2/10/1988 | 1200015735 | جراح اللبناني | الابرش | محمد | مصطفى | عبد الحي | علي | علي عبد الحي مصطفى محمد الابرش | 23972 | 94554 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 80 | 30 | 0 | 0 | 0 | | | 11/1/1996 | 1200015708 | زكريا المغربي | جبور | محمد | محمد | مصطفى | زكريا | زكريا محمد محمد محمد جبور | 23973 | 94555 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 130 | 30 | 0 | 0 | 0 | | 1 | ###### | 1200017449 | ابو عابد الحسيني الفرشي | ندا | السيد | فتحي | عبد العزيز | عبد الله | عبد الله عبد العزيز فتحي السيد ندا | 23974 | 94556 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 80 | 30 | 0 | 0 | 0 | | | 3/14/1983 | 1200015697 | ابو عبد الرحمن المليسي | موزال | كريم | احمد | رييز | زوهان | زوهان رييز احمد كريم موزال | 23975 | 94557 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 80 | 30 | 0 | 0 | 0 | | | 2/25/1989 | 1200016164 | ابو مالك الانصاري | يوشن | بلال | ذنون | ياسين | عبد الله | عبد الله ياسين ذنون بلال يوشن | 23976 | 94558 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 80 | 30 | 0 | 0 | 0 | | | 10/1/1990 | 1200015732 | ابو يحيى الهولندي | العوقلي | سالم | تامر | محمد | علي | علي محمد تامر سالم العوقلي | 23977 | 94559 |
| طارق بن زيد | فرقة أبي المعتز الفرشي | 80 | 30 | 0 | 0 | 0 | | | 1/1/1987 | 1200015725 | ابو علي المقدسي | المقدسي | عبدالله، | عبدالله، | عبدالله، | عبدالله، | عبدالله، عبدالله، عبدالله، المقدسي | 23978 | 94560 |

NMEC Doc 1

*Untranslated Sample*



*Translated Portion with Defendant's Name and Children's Name*

| طارق بن زياد | فرقة أبي معتز القرشي | 200 | 30 | | | 0 | 0 | 2 | 1 | 27797 | 1200017442 | ابو سليمان الكوسوفي | سليماني | يشلا | ايوب | ريف |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tariq Bin-Ziyad | Firqah Abu-Mu'tazz al-Qurashi [Division] | 200 | 30 | | | 0 | 0 | 2 | 1 | 27797 | 1200017442 | Abu-Sulayman al-Kusufi | Sulaymani | Yishla [PH] | Ayyub | Rayif [PH] |

| انثى | 26/01/1433 | عائشة | 1200017442 | ابو سليمان الكوسوفي | ليغيم ريف ايوب يشلا سليماني |
|---|---|---|---|---|---|
| Female | [Approximately] 12/21/2011 | 'A'ishah | 1200017442 | Abu-Sulayman al-Kusufi [someone from Kosovo] | Lighaim Rayif Ayyub Yishla Sulaymani [PH] |
| انثى | 05/09/1435 | هنى | 1200017442 | ابو سليمان الكوسوفي | ليغيم ريف ايوب يشلا سليماني |
| Female | [Approximately] 7/2/2014 | Hana [PH] | 1200017442 | Abu-Sulayman al-Kusufi | Lighaim Rayif Ayyub Yishla Sulaymani |