## Memorandum of Understanding and Handing Over

At the request of the US government and based on the wishes of…….. detainee·the General Command of Syrian Democratic Forces (SDF) hands over one …….detainee·who his name is attached to this document and who joined to ISIS terrorist organization.this handing over is based on our belief in in joint action against terrorism and close cooperation with the US government aiming to security· stability and civil peace · this process of handing over is based on the free desire of the …….detainee to be repatriated to their country without any physical or mental coercion or pressure.

Accordingly, the General Command of Syriany Democratic is committed to:

1- The …….detainee is in a very healthy and physical condition.
2- The ………..detainee was not subjected to any mental or physical pressure to be repatriated to his country …….
3- The …….detainee was not subjected to any pressure , mental or physical violence during the period of interrogation and his presence in northern Syria, but on the contrary , his human rights were respected .
4- The General command of Syrian Democratic forces is committed to what is mentioned above and is not mentioned above .
5- SDF is not responsible of detainee after the signing of this document by the US Government Representative.

Name of ………..citizen who will be handed over is;

1- Lirim Svlejmani
2 ███████████████████████

| US government representative | SDF General command representative |
|---|---|
| Full name ████████████ | Full name: ████████████████ |
| Position:.. FBI ………………….. | Position:…S.DF Rep . |
| Date:…… 9/15/2020 ………. | Date:..09 15 2020 |
| Location &Date:…██████████….. | Location &Date ████████████ |
| Signature ████████████ | Signature; ████████████ |

USAO_0000844

<div dir="rtl">

## وثيقة تفاهم و تسليم

بناءً على طلب من حكومة الولايات المتحدة الأمريكية و استناداً على رغبة المعتقل .................... المدرج اسمه في هذه الوثيقة ، تسلم القيادة العامة لقوات سوريا الديمقراطية المعتقل الامريكي الجنسية الذي انضم إلى تنظيم داعش الإرهابي و يأتي هذا التسليم إيماناً منا بالعمل المشترك ضد الإرهاب و التعاون الوثيق مع حكومة الولايات المتحدة الهادفة إلى الأمن و الاستقرار والسلم الأهلي و تأتي عملية التسليم هذه بناءً على الرغبة الحرة للمعتقل .................... بالعودة إلى بلده دون إكراه مادي أو معنوي

### وعليه تلتزم القيادة العامة لقوات سوريا الديمقراطية بما يلي :

1-إن المعتقل ....................، بحالة صحية و جسدية سالمة تماماً .

2- لم يتعرض المعتقل .......... لأي ضغط معنوي او جسدي لكي يغادر إلى بلده .

3- لم يتعرض المعتقل .............أثناء فترة تواجده على أراضي شمال – شرق سوريا و كذلك أثناء فترة التحقيق معه لأي ضغط أو عنف معنوي أو مادي ، بل على العكس تمت المعاملة على اساس احترام حقوق الإنسان .

4-تلتزم القيادة العامة لقوات سوريا الديمقراطية بما ذكر أعلاه و هي غير مسؤولة أو معنية بأي تصرف او تصريح رسمي بما يخالف الإلتزامات المذكورة أعلاه .

5-قوات سوريا الديمقراطية لن تتحمل  أي مسؤولية بعد توقيع مذكرة استلام المعتقل من ممثلين عن حكومة الولايات المتحدة الامريكية .

### اسم المعتقل .................... الذى سوف يتم تسليمه:

1 لا ريم سليماني

| ممثل القيادة العامة لقوات سوريا الديمقراطية: | ممثل حكومة الولايات المتحدة الأمريكية: |
|---|---|
| الاسم الكامل: . | الاسم الكامل : |
| الرتبة : FBI | الرتبة : ممثل قوات سوريا الديمقراطية |
| التاريخ : 9/15/2020 | التاريخ : 15 ـ 9 ـ 2020 |
| المكان و التوقت: | المكان و التوقت : |
| التوقيع | التوقيع |

</div>