CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 20-106 (RC)
)
Lirim Sylejmani )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____                    Date: 12/12/2024

Rudolph Contreras

United States District Judge