# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------x

UNITED STATES OF AMERICA          :

                    :

          v.                      :
                    :         Crim. Action No. 20-106 (RC)

LIRIM SYLEJMANI,                  :
                    :

          Defendant.              :

------------------------------------------------------x

1. My name is Aymenn Jawad Al-Tamimi. I have a Doctorate from Swansea University in Wales where I focused on the role of historical narratives in Islamic State propaganda.

2. My main areas of research are Iraq, Syria, and the Islamic State, global Jihadism more generally, and medieval Iberia. Within the broad area of the Islamic State I have a particular interest/ specialisation in the Foreign Terrorist Organization known as the Islamic State.

3. As part of my work, I have visited Iraq and Syria on multiple occasions for field research.

4. I have fluency in Arabic. My parents are originally from Iraq. I speak, read and write Arabic and Latin with professional competency.  I regularly write in Arabic and I translate from English into Arabic and even translate from Latin into Arabic.

5.  I attended Oxford University, and studied there from 2010 until 2014, when I graduated with a Bachelor of Arts in Classics with Oriental Studies, with the latter focusing on Arabic literature.

6.  My work experience includes being a research fellow at two think tanks. One is the Middle East Forum based in Philadelphia, and there I have primarily focused on the Islamic State, Jihadism and Iraq and Syria. I also worked at the Rubin Center at the IDC Herzliya, where I was also a research fellow and focused on the same topics.

7. As part of my work I have done ground reporting in both Iraq and Syria. I have been to Syria six times. The first time was in December 2014, specifically on dates December 18 to December 22nd, 2014, and that was in the north Aleppo countryside area near the frontlines between the Northern

Storm Brigade and the Islamic State. I was in Syria twice in 2018, in January and May of 2018, and I went to northeast Syria (Hasakah province), central Syria (Raqqa province) and also eastern Syria (Dayr al-Zur province). The fourth time was al-Hasakah province in December 2021. Finally, I have been to Damascus, Homs, Idlib, Hama and Aleppo governorates in the period February-April 2025, and returned for another visit to Aleppo governorate in May 2025.

8.  In Syria I have conducted interviews with people on the ground and I use those interviews as a basis for my research and writing. In January of 2018 when I was in the Hasakah area of northeast Syria I was primarily reporting on the autonomous administration system that had been set up in that region. I also gathered Islamic State documents on some of those trips, including in May of 2018 to Syria when I was in Raqqa and Hasakah areas. This built on my online archival project of Islamic State internal documents that I began in January 2015, focusing on collection, translation and analysis of such documents. I continued this archival work with a successor project in 2019: IslamicStateArchives.com. set up in collaboration with Aaron Zelin, of the Washington Institute for Near East Policy who runs a jihadism research archive site Jihadology.net.

9.  I have published multiple journal articles on topics relating to Islamic State and jihadist terrorism, including for Perspectives on Terrorism ("The Evolution in Islamic State Administration: The Documentary Evidence") and West Point's CTC Sentinel.

10. In October 2014, I testified before the UK Parliament's House of Commons Defense Committee, and provided written testimony for the UK Parliament's Foreign Affairs Committee, which focused on the Syrian civil war generally. In November 2013, I briefly consulted with members of U.S. Congress.

11. I have testified as an expert on ISIS in *United States v. Musaibli*, 18 Cr. 20495 (Michigan), and served as an expert witness for a terrorism financing case in the UK, by providing a report on issues of Islamic State membership, salaries and finances.

12. Below I address some issues relating to the Islamic State's propaganda, policies on leaving its territory and membership. I base my assessments on a combination of studying internal documentary evidence, the group's propaganda and secondary literature where relevant.

13. In April 2013, the Islamic State of Iraq officially declared its expansion into Syria to become the Islamic State in Iraq and Al-Sham (the latter referring to Syria or the greater Levant region). From this point onwards, the Islamic State began to talk much more openly about its global ambitions and even had a slogan of the 'promised project of the caliphate.'

14. Then, in June 2014, following the Islamic State's capture of Mosul and large swaths of territory spanning the borders of Iraq and Syria, they announced the caliphate officially on 29 June 2014.

15. The propaganda being distributed in 2014-2015 was prolific and focused on a variety of themes. The propaganda consisted of videos, 'photo reports' (i.e. series of photos), magazine releases (most notably the English-language 'Dabiq' magazine), a weekly online newsletter that began to be released in 2015 (the Arabic-language 'al-Naba'' newsletter, which continues to be published to this day) and speeches released by the group's leader Abu Bakr al-Baghdadi and the group's official spokesman Abu Muhammad al-Adnani.

16. Some of the propaganda that was released in 2014 features violent content. For example, in May 2014, the group released "Clanging of the Swords (2)," which featured a variety of scenes- primarily focusing on Iraq- showing the group's influence in parts of Anbar province in the west of the country, where Fallujah and parts of Ramadi had fallen outside of government control. Further, in late 2014, the group started releasing videos showing that Western hostages being held by the group for ransom and eventually were being executed.

17. Very many videos and photos the group put out in this period of 2014-2015 also aimed to illustrate a 'utopia' aspect to the Caliphate in which Muslims were supposedly happy and prospering under the rule of the Islamic State.

18. To give some concrete examples of this 'utopian' propaganda: some photo releases would include scenes of markets and restaurants in Mosul; other photo releases might focus on the work of agricultural departments in regions under Islamic State control.

19. Yet another video in 2015 featured scenes of Eid al-Fitr (the feast period that follows the period of fasting of the month of Ramadan) in the town of Tel Afar (located west of Mosul), featuring a young local sitting at a table with food and drink, saying: "We feel complete happiness, praise be to God" now that the Islamic State has established God's law in the land. He adds: "On this

Eid, the affection between the brothers had increased." The video also features children playing on a bouncy castle. However, the same video contains references to fighting and jihad ('holy war' in this context), though they are not the primary thematic focus of the video.

20. The foremost reason why Muslims from abroad travelled to join the Islamic State was ideological identification with the group's Caliphate project. They believed that the Islamic State represented the revival of the Caliphate as a project to unite the world's Muslims and felt that in migrating (performing 'Hijra') they could come and contribute to the building and protection of this project, whether through performing jihad on the frontlines, using their professional skills (e.g. as doctors or engineers) to improve services and infrastructure within the Caliphate, rearing children as part of the next generation of the Caliphate's citizens and fighters, and joining a 'utopia' far removed from the supposed misery and oppression of the 'abodes of disbelief.' It may be that many of those who joined were attracted by the 'utopia' scenes displayed in the propaganda and did not necessarily think foremost of videos depicting execution scenes, though they may well have been aware of those violent scenes as well.

21. The group's policy with regards to people potentially leaving the Caliphate was that leaving for good was forbidden. Rather, one could only leave temporarily for reasons such as medical treatment not available within the Caliphate's healthcare system and collecting pensions or salaries still being paid by the Iraqi government. Failure to comply with conditions for temporarily departing the group's territory risked the confiscation of one's property and harm to one's family members who were still in the region. Foreigners who tried to flee would risk being imprisoned by the group, and execution if their attempt to flee was suspected of being linked to espionage on the behalf of the group's enemies.

22. It was possible for foreigners who became members of the organization to be expelled for reasons of misconduct not amounting to suspicions of security offences (e.g. simply failing repeatedly to show up for duties). Such individuals were known as *mutasayyibun* (essentially, those who slack off and are disobedient). They could also be expelled for reasons such as chronic unfitness to perform any duties for the group (e.g. for health reasons). Despite their expulsion however, such individuals could continue to reside as ordinary 'citizens' in the Caliphate (i.e. as members of the 'Muslim masses'), though they would not be entitled to salaries or other benefits afforded to

Islamic State members (e.g. free housing, or housing whose rental costs were subsidized by the group).

Aymenn Jawad Al-Tamimi.