UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

----------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :
         v.                     :
                                :   Crim. Action No. 20-106 (RC)
LIRIM SYLEJMANI,                :
                                :
         Defendant.             :
----------------------------------------------------x

**LIRIM SYLEJMANI'S REPLY MEMORANDUM IN AID OF SENTENCING**

Mr. Sylejmani writes in further support of his argument that he should get credit for the all the time he has spent in custody since February 2019. Documents from the government's discovery production support Mr. Sylejmani's argument that he should get credit for every day he has spent in jail in Syria.

The United States was well aware of Mr. Sylejmani's capture in Syria in February of 2019.

To elucidate, on February 27, 2019, law enforcement for the United States notified prosecutors of "Lirim Sylejmani's possible capture." See, Discovery stamped USAO 0000921 to 0000929. Thus, as early as February 27, 2019, the United States Attorney's Office was aware that the individual they had been looking for was captured.

Then, in March of 2019, the United States government conducted what they termed a brief investigation and biometrics enrollment. See, Discovery stamped USAO 000836 to 0000837.  Both documents and additional discovery shows the government was not just looking for Mr. Sylejmani, but by February of 2019 knew of his surrender and detention by the Syrian Democratic Forces. That the government decided to wait months and years to indict him, is no fault of Mr. Syelmani's.

Even after the FBI knew he was in custody, the allowed the press to interview Mr.

Sylejmani. He was asked the New Yorker magazine and he spoke to them only to make sure he could get out of the horrible jails in Syria as the FBI had promised him they would remove him from SDF custody, but he was still in prison.

On April of 2019, the FBI interviewed him yet again, this time in the Dashisha prison. See, Discovery stamped USAO 000168 to 0000259.  Despite all these contacts with law enforcement, Mr. Sylejmani sat in a Syrian prison scared he would die and that no one would know of his existence and his demise – he weighed less than 60 pounds and was sure he would die in prison unless he got word out of his existence.

Because the United States knew exactly where he was, knew that he was detained, knew that he was not serving any other sentence and also knew that he was simply waiting to be brought back for prosecution to the District of Columbia, Mr. Sylejmani should be credited for the time the United States took to prepare their case for a presentation to the grand jury.

## **CONCLUSION**

For the foregoing reasons, and those noted in his main sentencing submission, we respectfully request the Court ensure he is credited with the time he spent in jail in Syria.

Dated: May 30, 2025

          */s/*
          Sabrina P. Shroff
          80 Broad Street, 19th Floor
          New York, NY 10004

          */s/*
          Ubong Akpan
          Tyrees Smith (investigator)
          Office of the Federal Public Defender
          625 Indiana Ave, NW, Suite 550
          Washington, D.C. 20004

          *for Mr. Lirim Sylejmani*

Exhibits A-D